IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-00225-GCM

| United States of America, | ) | |
|---|---|---|
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Husam Iddin Mateen | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

    This matter is before the court based upon the United States Probation Petition filed on October 28, 2009 for a final hearing regarding revocation of supervised release, originally set for December 8, 2009 at 2:00 PM. The Court now orders the final hearing to be rescheduled for December 14, 2009.

    IT IS THEREFORE ORDERED that the parties appear before the Court on December 14, 2009 at 10:30 A.M. in Courtroom 3 of the Charles R. Jonas Federal Building at 401 W. Trade Street, Charlotte, NC 28202 for the conduct of such hearing..

So ordered.

Signed: December 7, 2009

Graham C. Mullen
United States District Judge